In The United States District Court
For The District Of Delaware

Ronald G. Johnson #182421
  *Inmate Number*
    Petitioner
         v.
(4) Four Delaware Supreme Court Justices
1) Justice, Holland
2) Justice, Steele
3) Justice, Ridgely
4) Justice, Jacobs

United States District Court
Civil Action No. 05-726

Supreme Court of State of Delaware
Civil Appeal No. 296, 2005

Superior Court of State of Delaware
In and For New Castle County
Civil Action No. 05M-06?-067

FILED
OCT 12 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

"Writ Of Mandamus"

ComesNow, The Petitioner Ronald G. Johnson and Moves this Honorable Court for Writ of Mandamus against the (4) Four Named Justices of Supreme Court of the State of Delaware. This Honorable United States District Court is Moved to Order this information from the (4) Four Justices who gave a Mandate of Case No. 296, 2005 in Delaware Supreme Court. In Support thereof the petitioner presents the Information Requested.

"Right To Relief Prayed Is Information"

These (4) Supreme Court justice gave a Mandate to my Writ of Habeas Corpus. I Appealed to them for a Finding of Fact and to have judicated or Adjudicated my Appeal they must have obtain this information. It's no way they could have Adjudicated and given a Mandate with-out knowing the Following information. I Filed for Rearguement and Re-Hearing, And Motion For Reconsideration So these Justices Could get all the facts to properly Adjudicate my case.

"Page 1-4"

"__Information Requested__"

1.) What officer Arrested me?
2.) What Police Station was I taken to?
3.) Who booked me?
4.) Who talk my Finger Prints?
5.) Who talk my picture?
6.) Which magistrate or judge I appear before upon Arrest?
7.) Which Court was the magistrate or Judge in?

"__Question I Need Answered__"

8.) Have you seen a valid warrent?
9.) Have you seen a Valid Indictment?
10.) Have you seen a Valid Detention Order from the Warden of this Prison?
11.) Have you seen my April 22, 2005 Preliminary Hearing transcripts?

"__Request A True Copy of #8-#11 list below, from above__"

I need a Copy of the (Detention Order of the Warden of this Howard R. Young Correctional Institution. (b.) I need a Copy of a Valid warrent of the arresting officer. (c.) I need a Copy of a Valid Indictment (d.) need a Copy of the April 22, 2005 Preliminary Hearing. Mainly I need a Copy of the 4 things list in #8, threw #11 above.

"__Statement OF The Case (And) Memorrandum__"

   New Castle County Police came to my home. I was under a lot of medication and was un-responsive. They call the Ambulance and I was taken to Christiana Hospital. The officers who call the ambulance left and other officer was left watching me. Who got tired and call Howard R. Young Correctional Institutional Staff of Gander Hill prison to watch me. One woman Who Volunteered to watch me change her mind. Said she just got payed and she leaving. Said She is toking

me to Gander Hill Prison. I asked what am I Charged with explained I did not Commit no Crime. She said She don't Care. They left me in her hands and She not letting me go, She is taking me to Gander Hill Prison and let them deal with it. That's how I got in Prison illegally. I Complained to Gander Hill Staff and Warden. (8) eight days later I was Subpeanaed by Judge or prosecuter to appear at The Court of Common Pleas.

"Prosecuter Misconduct"

At Preliminary Hearing April 22, 2005 the prosecuter presented Fraud and Perjury. She Put on a officer who was there for another Case as if he was my arresting officer. Under Cross examination I broke him and Caught him in Numerous lies. He finally broke down and Said he did not arrest me, Nor did any other officer, and He did not See my arrest, Nor was there, Nor Did he know who might Have arrested me. The Prosecuter Nor Judge Could show a Valid warrent.

Judicial Misconduct

After I asked the Judge and Prosecuter who was the arresting officer and they Could not tell me. I ask for a Valid warrent they the Judge and Prosecuter Could not give me one. And the officer had testified that him, Nor any other officer had pressed Charges, that No officer press Charges. Then I Move the Court to Noli-Process and or Dismiss the Charges. This Judge refuse to obey the Law, Rules of evidence and Rules of Criminal Procedure. And refused to Noli-Process the Charges, Nor Dismiss them although there was No arresting or Prosecuting officer. The prosecuter had type her own warrent.

"Indictment Fraud"

The prosecuter went to the grand jury to get a Indictment But No Indictment was returned by a grand jury. So she typed

her own.

"Indictment and Warrent Fraud"

The warrent was made up and typed up by the prosecuter. No officer filed it or signed it. Nor did a magistrate or judge issue a warrent. The prosecuter claimed that a grand jury returned 9 charges. But after a close look at the Indictment it to is fraud. It's stamped in two places instead of one. So no grand jury foreman signed and approve a indictment. It's only a paper prepare by the prosecute, as the warrent is. The warrent is prepare to be sworn in Court 20, Justice of the peace. It is cleare clear that New Castle County Police Justice of the Pease is Court 11, not Court 20, Justice of the peace. The proper Jurisdiction for New Castle County Police to file a warrent is Court 11, Justice of the peace. Therefore both the warrent and Indictment is Fraud.

Conclusion

These (4) Justice Mandated that I am Legally Detained. To be legally detained then my oath and Affidavit and Declaration that the statement of fact and memorandum above must be false. If it has been prove false then these Justices must know or have a answer to the requested information I moves this court to Order. I claimed that every thing in my statement of facts is true and correct under penalty of perjury. By this Writ of Mandamus they can have a chance to explain if what the mean is every thing I said in my statement of the fact is true and how I am still legally incarcerated, or whatever. They refuse me a right to know how what I state is true and yet I am still legally Incarcerated. Therefore this Honorable Court should "Order" the information Requested by Mandamus.

"Oath and Affidavit"

I Declare the foregoing true and correct under penalty of perjury

Ronald G. Johnson
#182424 /1#-R-Y-C.I.
P.O. Box 9561
Wilmington, Delaware
19809

"Legal Mail"

Office OF The Clerk
In The United States District Court
For The District of Delaware
844 N. King Street
Wilmington, Delaware 19801

LEGAL MAIL ONLY

U.S.M.S.
X-RAY

WILMINGTON DE 198
PM 07 OCT 2005