IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD G. JOHNSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05-726-KAJ |
| ) | |
| JUSTICE HOLLAND, ) | |
| JUSTICE STEELE, ) | |
| JUSTICE RIDGELY, and ) | |
| JUSTICE JACOBS, ) | |
| Delaware Supreme Court ) | |
| Justices, ) | |
| ) | |
| Respondent. ) | |

**ORDER**

WHEREAS, on May 2, 2005, petitioner Ronald Johnson filed papers for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 challenging his pre-trial incarceration, and the case was opened as *Johnson v. Williams*, Civ. A. No. 05-258-KAJ (D.I. 2 in *Johnson v. Williams*, Civ. A. No. 05-258-KAJ.); and

WHEREAS, subsequent to his initial filing, Johnson filed three amendments to his petition. These submissions challenge his pre-trial incarceration on the ground that his indictment is somehow illegal. These submissions also challenge the Superior Court's denial of his writs for habeas corpus, mandamus, and prohibition, all of which appear to have alleged the same illegal pre-trial incarceration. (D.I. 9; D.I. 16; D.I. 28.);

WHEREAS, on August 1, 2005, the State filed a response to Johnson's

habeas petition (D.I. 17 in *Johnson v. Williams*, Civ. A. No. 05-258-KAJ); and

WHEREAS, on October 12, 2005, Johnson filed a document titled "Motion for Writ of Mandamus," which was opened as a separate civil proceeding, *Johnson v. Holland, et.al.*, Civ. A. No. 05-726-KAJ (D.I. 1); and

WHEREAS, Johnson's "Motion for Writ of Mandamus" essentially asks the Court to review the Delaware Supreme Court's decision affirming the Superior Court's denial of his state petition for habeas corpus and asks the Court to order the named Delaware Supreme Court justices to provide the information he lists; and

WHEREAS, after reviewing the Motion, I conclude that Johnson is attempting to supplement his § 2241 petition filed in May 2005 with further allegations as to how he is illegally incarcerated, and that he is also requesting discovery regarding the items listed in his Motion; and

NOW, THEREFORE, IT IS ORDERED this 1st day of November, 2005, that the case *Johnson v. Holland, et. al.*, , Civ. A. No. 05-726-KAJ be closed, and that the Motion for Writ of Mandamus be entered on the docket in *Johnson v. Williams*, Civ. A. No. 05-258 as a Supplemental Habeas Petition and a Motion for Discovery.

United States District Judge

2