# United States Court of Appeals
# For The Third Circuit

Ronald G. Johnson
   V.   Appellant

(4) Four Supreme Court Justices
Justice, Holland
Justice, Steele
Justice, Ridgely
Justice, Jacobs
State of Delaware
And Warden, Raphael Williams

)
)  U.S. Court of Appeals, Third Circuit
)  Civil Action No. _____
)
)  Delaware U.S. District Court
)  Civil Action No. 1:05-CV-00726
)
)  Delaware Supreme Court Civil
)  Action No. 296, 2005
)
)  Superior Court of State of Delaware
   In And For New Castle County
   Civil Action No. 05M-06-067
   Criminal I.D. No. 0504012348

9

## Notice of Appeal

Comes Now the Appellant Ronald G. Johnson #182421 at Howard R. Young Correctional Institution P.O. Box 9561 Wilmington, Delaware 19809, And File his Notice of Appeal to this Honorable Court. Along with his Appeal Appellant Send a Copy of his Application For Certificate of Appeal Filed in District Court. The District Court as Delaware Supreme Court and Superior Court has failed to Order the State to Provide reasonable Discovery to hold him in Custody. Or "Grant" Writ of Habeas Corpus if the State fail to Provide reasonable Discovery. 9 months has pasted the State has Provided No Discovery And No Court has respect my Motions and Petitions to "Order it". Oath And Affidavit I Declare all true and Correct under perjury Ronald Johnson 12-26-05

In The United States District Court
For The District Of Delaware

Ronald G. Johnson

v.

(4) Four Delaware Supreme Court Justice
1.) Justice, Holland
2.) Justice, Steele
3.) Justice, Ridgely
4.) Justice, Jacobs
5) And " State Of Delaware et al.,

Re: Writ Of Mandamus

United States District Court
Civil Action No. 1:05-CV-00726K,A.J.

Supreme Court of State of Delawar
Civil Appeal 296, 2005

Superior Court Of State Of Delaware
In And For New Castle County
Civil Action No. 05-M-06-067
Criminal I.D. No. 0504012348

## Application For Certification Of Appeal

(1)  Comes Now, The Petitioner and Moves this Honorable Court For a Certificate of Appeal. This Honorable District Court has failed to address the merits of my Writ Of Mandamus for Information "Discovery". The Court Consolidated it with a Writ of Habeas Corpus. And Denied or Dismissed the Writ Of Habeas Corpus. But fail to address the merit of my Writ Of Mandamus For Discovery Information. Discovery Information is

Page 1-5

is a Pre-trial issues. And Petitioner has a Constitutional right to the information request of the State.

② ## 6th Amendment Violations

The Six Amendment in relevant part states "[I]n all Criminal prosecution, the accused shall enjoy the right ... to be informed of the nature and Cause of the accusations." See, Oliver, 333 U.S. 257 (1948)

## Speedy Trial Violations

③ The Petition's Speedy Trial Rights has been violated. The State has not present to the Petitioner the answer to interrogatory question saught by Writ of mandomus. Petitioner Case has been pending for over 9 months. The petition has not been told who is the arresting officer, who booked him, who took his finger prints. No valid warrent has been Provided. Petitioner has a right to Jencks Act, Brady Material and Discovery Information

## Exhaustion of All Remedies

Petition has Presented this issues to Superior Court, to

②

the Delaware Highest Court the Delaware Supreme Court and Now to the District Court. The Petitioner has Came to Superior Court and Supreme Court of Delaware asking these Court to previde or Order the State to provide the Discovery Saught in this Writ of Mondamus No Court has Order the State to provide this Discovery. This Honorable Court has done the same by Consolidating my Petition For Writ of Mondamus with my Writ of Habeas Corpus.

(4.) "What Relief Petitioner Seeks"

The Petitoner seek to thing Order the State to Produce the following Discovery and answer the following Interrogatory Questions.

(5.) Interrogotory Questions

a.) Who arrested him?   b.) Who booked him?
c.) Who took his finger prints? d.) Who took his picture?
e.) Upon arrest which magistrate I appeared before?
f.) Which Court the magistrate or judge Petitioner appear before upon arrest? which Court?

(3)